AO 91 (Rev. 08/09) Criminal Complaint

FILED
HARRISBURG, PA

MAR 1 1 2011

MARY E. D'ANDREA, CLERK
Per _____
                Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>**KENNEDY ONAIWU**<br><br>*Defendant(s)* | )<br>)<br>) Case No. 11-MJ-041<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 17, 2008__ in the county of __York__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Mail Fraud, Wire Fraud, and Money Laundering |

This criminal complaint is based on these facts:

I, Lawrence Dukes Jr., having been duly sworn, do state the following.

I am employed as a United States Postal Inspector assigned to the Harrisburg Domicile as a Mail Fraud Specialist.
(continued on attached 28 page affidavit)

☑ Continued on the attached sheet.

*[signature]*
*Complainant's signature*

__LAWRENCE DUKES JR., POSTAL INSPECTOR__
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 11, 2011__

*[signature]*
*Judge's signature*

City and state: __Harrisburg, Pennsylvania__   J. ANDREW SMYSER, U.S. Magistrate Judge
*Printed name and title*