cc: [handwritten notations] USP, USM

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | No. 1:11-CR-0113-04 |
| KENNEDY ONAIWU,<br>Defendant | : | |

**FILED**
**HARRISBURG, PA**
APR 26 2012
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## VOLUNTARY SURRENDER FOR SERVICE OF TERM OF IMPRISONMENT

The Court, pursuant to 18 U.S.C. § 3143, hereby finds by clear and convincing evidence that **KENNEDY ONAIWU,** the defendant, is not likely to flee or pose a danger to the safety of any other person or the community if released pursuant to Section 3142(b) or (c). The Court hereby orders that the defendant, having been sentenced in the above case to the custody of the Attorney General, shall surrender himself to the Attorney General at __2:00 P.M.__ on _Thursday, May 24, 2012_, by reporting to an institution to be designated by the Federal Bureau of Prisons. The defendant shall contact the U.S. Marshal's Office no later than three days prior to the above date, to be notified of the place of confinement. It is further ordered that, pending surrender, the conditions of release previously set shall remain in effect.

_____     4/26/12
(Judge)                                    (Date)

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so, I am subject to a revocation of release, an order of detention, and a prosecution for contempt of court which is punishable by imprisonment, a fine, or both.

_____     _____
(Defense Counsel)                       (Defendant)